UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HICKS,<br><br>                Plaintiff,<br><br>       v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>                Defendants. | No.  2:14-CV-01088-KJM-KJN<br><br><br><br>ORDER |

   Jeanette Hicks ("plaintiff") moves to proceed *in forma pauperis*. Appl. to Proceed Without Prepayment of Fees ("Appl.") at 1, ECF No. 2. For the reasons below, the court GRANTS the motion.

   Courts "may authorize the commencement, prosecution or defense of any suit, action or proceeding, . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement of all assets such . . . that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). "Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress." *Id.*

   Here, plaintiff attests that she is currently unemployed and without income. Appl. at 1–2. Her assets include $150 dollars in her bank account and $70,000 in her 401(k) account, but she is without access to the retirement funds. Appl. at 2. Further, she "declare[s

1

1 under penalty of perjury] that [she is] unable to pay the costs of these proceedings and that [she
2 is] entitled to the relief sought . . . ." *Id.* at 1.  As plaintiff has complied with the pertinent
3 statutory dictates, 28 U.S.C. § 1915(a)(1), the court permits plaintiff to proceed *in forma*
4 *pauperis*.
5          As set forth above, the court GRANTS the motion.
6          IT IS SO ORDERED.
7 DATED:  May 13, 2014.

                                    _____
                                    UNITED STATES DISTRICT JUDGE