UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HICKS, | No. 2:14-CV-01088-KJM-KJN |
| Plaintiff, | CONSENT ORDER OF DISMISSAL |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, WELLS FARGO & COMPANY, et al., | |
| Defendants. | |

    Plaintiff Jeanette Hicks ("Hicks") filed her complaint in this matter for short-term disability (STD) benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et. seq.*  The parties have reported plaintiff's claim for STD benefits has been fully and finally resolved pursuant to the terms of a confidential settlement agreement.  ECF No. 18.

    The court approves the parties' stipulation and dismisses plaintiff's complaint with prejudice and without fees and costs against defendants Wells Fargo and Liberty with respect to any and all claims for STD benefits under the STD Plan pursuant to the terms of a confidential settlement agreement.  The court also dismisses without prejudice and without fees and costs with respect to any and all claims for long-term disability (LTD) benefits.  The dismissal of plaintiff's claims herein shall not have any res judicata, collateral estoppel or preclusive effect with respect to plaintiff's LTD claim.

1

1   This court in its discretion declines to maintain jurisdiction to enforce the terms
2 of any agreement between the parties concerning the resolution of plaintiffs claim for STD
3 benefits.  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v.*
4 *Thompson*, 8 F.3d 657, 659 (9th Cir. 1993).  Unless there is some independent basis for federal
5 jurisdiction, enforcement of the agreement is for state courts.  *Kokkonen*, 511 U.S. at 382.
6   IT IS SO ORDERED.
7 DATED:  November 7, 2014.

_____
UNITED STATES DISTRICT JUDGE